UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2012 NOV 27 P 6: 27

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:12-cr-139  BY_____DEP. CLERK |
| | ) | |
| MICHAEL L. ROSS | ) | Judge Mattice |
| | | Judge Carter |

## MOTION TO TRANSFER

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion to transfer the above-styled case from the Knoxville Division of the Eastern District of Tennessee to the Chattanooga Division of the Eastern District of Tennessee. An indictment was returned on November 27, 2012, in the Chattanooga Division of the Eastern District of Tennessee charging offenses committed in the Knoxville Division of the Eastern District of Tennessee and is properly triable in the Chattanooga Division.

Respectfully submitted this 27 day of November, 2012.

WILLIAM C. KILLIAN
United States Attorney

By: *John P. MacCoon*
John P. MacCoon
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140