UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:12-cr-139 |
| | ) | |
| MICHAEL L. ROSS | ) | Judge Mattice/Carter |

## TRANSFER ORDER

It appearing that in the above-styled case an indictment was returned in the Chattanooga Division of the Eastern District of Tennessee, charging offenses committed in the Knoxville Division of the Eastern District of Tennessee and properly triable in the Chattanooga Division,

IT IS ORDERED that the Clerk place said case directly upon the docket for the Chattanooga Division without the necessity of placing it upon the docket for the Knoxville Division of this District.

Enter:

_____
UNITED STATES MAGISTRATE JUDGE